Form 210A (10/06)

# United States Bankruptcy Court
Southern District of OH (Dayton)

In Re: KENT E DETRICK     Case No: 07-31545
REBECCA S DETRICK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Capital Recovery One | GE Money Bank |
| -------------------------- | -------------------------- |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 9 |
| 25 SE 2nd Avenue, Suite 1120 | Amount of Claim: $4,161.38 |
| Miami FL 33131 | Date Claim Filed: 7/20/2007 |
| | |
| Phone: (305) 379-7674 | Phone: (305) 379-7674 |
| Last Four Digits of Acct # :6241 | Last Four Digits of Acct # : |
| | |
| Name and Address where transferee payments Should be sent (if different from above) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                         Date: July 14, 2008
    -----------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services, Inc, a Delaware corporation (collectively "Transferor") have sold and assigned certain claims to Capital Recovery I, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131-1605. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia; GE Money Bank; GE Consumer Finance; GE Capital Corporation; General Electric Capital Corporation; GE Consumer Card Corporation.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

**IN WITNESS WHEREOF**, Transferor has executed this Waiver by its duly authorized officer as of this 2nd day of April, 2008.


TRANSFEROR
GENERAL ELECTRIC CAPITAL CORPORATION

By: _____
Name: John W. Hart, III
Title: VP, Recovery